```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 29879
    JULIA F MADDEN
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-6212
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/11/04 and confirmed on 12/03/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  81324.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | 41213.77 | .00 | 41213.77 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 4785.66 | .00 | 4785.66 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 15018.00 | 1344.45 | 15018.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11159.75 | 669.72 | 11159.75 |
| LAKE COOK NEUROLOGICAL C | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 228.58 | 13.84 | 228.58 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 61017.43 | .00 | 11388.33 | .00 | 72405.76 |
| PRINCIPAL PAID | 61017.43 | .00 | 11388.33 | .00 | 72405.76 |
| INTEREST PAID | 1344.45 | .00 | 683.56 | .00 | 2028.01 |
| TOTAL PAID | 62361.88 | .00 | 12071.89 | .00 | 74433.77 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   2700.00
and was paid $    706.00  direct and $   1994.00  through the plan.

The Trustee received $   3302.87 .

Refunds to the Debtor totaled $   1593.36 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/08/08                    /S/
                                   GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 29879 JULIA F MADDEN